UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

FILED
APR - 1 2010
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

IN RE:

SEARCH WARRANT                    MAGISTRATE NO. 2:10-mj-00045

## MOTION TO SEAL
## SEARCH WARRANT APPLICATION AND AFFIDAVIT

Comes now the United States of America by Joshua C. Hanks, Assistant United States Attorney for the Southern District of West Virginia, and moves this Court to:

1. Order that the Application and Affidavit for Search Warrant, and all attachments thereto, be filed under seal until further order of this Court. The reasons why the foregoing documents should be filed under seal include: protection of investigation and identity of witnesses, potential impact on parties if unproven criminal allegations are made public, etc.

2. There are no alternatives to sealing the entire Application and Affidavit for Search Warrant because the very existence of a confidential informant or cooperator may not be known; and, unsealing a redacted copy of the affidavit will not be sufficient to protect an informant's or cooperator's identity, because the informant or cooperator may continue to work with investigators.

3.  Order that this Motion be sealed.

>Respectfully submitted,
>
>CHARLES T. MILLER
>United States Attorney
>
>/s/Joshua C. Hanks
>JOSHUA C. HANKS
>Assistant United States Attorney
>WV Bar No. 8550
>300 Virginia Street, East
>Room 4000
>Charleston, WV 25301
>Telephone:  304-345-2200
>Fax:  304-347-5705
>Email:  josh.hanks@usdoj.gov